**Order entered March 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01106-CR

**GERARDO ISRAEL STRAUSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-33722-Q**

## ORDER

Before the Court is appellant's March 25, 2019 motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** the brief received March 25, 2019 filed as of the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE